PHILLIP A. TALBERT
Acting United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOHN ROE,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ORTHOPEDIC ASSOCIATES OF NORTHERN CALIFORNIA, A MEDICALGROUP; RENO ORTHOPEDIC CLINIC, DR. CHRISTENSEN; SAN BERNARDINO MEDICAL ORTHOPAEDIC GROUP, INC.; MICHAEL T. KELLER, M.D., INC. d/b/a SAN DIEGO ARTHRITIS MEDICAL CLINIC; and DOES 1-20,<br><br>　　　　　　Defendants. | 2:14-CV-0917 TLN DB<br><br>ORDER ON THE UNITED STATES' NOTICE OF PARTIAL INTERVENTION FOR SETTLEMENT AND PARTIAL DECLINATION |

The United States having intervened in part and declined in part of this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that the Complaint, the United States' Notice of Partial Intervention for Settlement and Partial Declination, and this Order, be unsealed;

IT IS FURTHER ORDERED that all other previously-filed contents of the Court's file in this action remain under seal and not be made public, or served upon the defendants;

IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this action after the date of this Order.

1

2          IT IS SO ORDERED.

3

4    Dated: September 28, 2016

5

6

7                                              Troy L. Nunley
                                               United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28