PHILLIP A. TALBERT
Acting United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOHN ROE,<br><br>Plaintiff,<br><br>vs.<br><br>ORTHOPEDIC ASSOCIATES OF NORTHERN CALIFORNIA, A MEDICAL GROUP; RENO ORTHOPEDIC CLINIC, DR. CHRISTENSEN; SAN BERNARDINO MEDICAL ORTHOPAEDIC GROUP, INC.; MICHAEL T. KELLER, M.D., INC. d/b/a SAN DIEGO ARTHRITIS MEDICAL CLINIC; and DOES 1-20,<br><br>Defendants. | 2:14-CV-0917 TLN DB<br><br>JOINT STIPULATION OF DISMISSAL BY THE UNITED STATES, CALIFORNIA, NEVADA, AND RELATOR; UNITED STATES' CONSENT TO DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the False Claims Act, 31 U.S.C. § 3730(b)(1), Cal. Gov't Code § 12652(c)(1), and Nev. Rev. St. § 357.120(2) and (3), California, Nevada, and relator, named in this action as John Roe, ("Relator"), through there undersigned counsel, hereby stipulate to the dismissal of the claims asserted in the above-captioned action as follows.

(1) As to the claims stated against defendants Orthopedic Associates of Northern California, a Medical Group; Reno Orthopedic Clinic, Dr. Christensen; and San Bernardino Medical Orthopaedic Group, Inc., ("Settling Defendants") this dismissal is in accordance with the

JOINT STIPULATION OF DISMISSAL BY THE UNITED STATES, CALIFORNIA, NEVADA, AND RELATOR; UNITED STATES' CONSENT TO DISMISSAL

1

terms of respective settlement agreements with the Settling Defendants, effective September 23, 2016, ("Agreements"), and is with prejudice as to Relator, with prejudice as to the United States, California, and Nevada with respect to the Covered Conduct as defined in the Agreements, and otherwise without prejudice as to the United States, California, and Nevada.  Relator stipulates that the Agreements are fair, adequate and reasonable, and that he agrees not to challenge the respective settlements pursuant to 31 U.S.C. § 3730(c)(2)(B), Cal. Gov't Code § 12652(e)(2)(B), and Nev. Rev. St. § 357.120(3).  The United States, California, Nevada, Relator and Settling Defendants shall each bear their own costs, fees and expenses with respect to the claims asserted against Settling Defendants, except as otherwise provided in the Agreements.

(2) As to the claims stated against defendant Michael T. Keller, M.D., d/b/a San Diego Arthritis Medical Clinic (SDAMC), the dismissal shall be with prejudice as to Relator and without prejudice as to the United States, California, and Nevada.

A stipulated dismissal under Fed. R. Civ. P. 41(a) (1) is appropriate because no defendant has appeared in this action; therefore, all parties who have appeared now stipulate to dismissal.  The United States consents to this dismissal under the above terms.  A proposed order accompanies this notice.

**THE UNITED STATES OF AMERICA**

PHILLIP A. TALBERT
Acting United States Attorney
Eastern District of California

DATED: 10/23/2016   BY: _____
Catherine J. Swann
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of California

**STATE OF CALIFORNIA**

KAMALA D. HARRIS
Attorney General for California

DATED: 10/24/16       BY: _____
Jennifer S. Gregory
Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder-Abuse
Office of the Attorney General
California Department of Justice

**STATE OF NEVADA**

ADAM PAUL LAXALT
Attorney General

DATED: _____      BY: _____
MARK KEMBERLING
Nevada State Bar No. 5388
Chief Deputy Attorney General
Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101; P: (702) 486-3420
MKemberling@ag.nv.gov

**JOHN BLOHM - RELATOR**

LIEFF, CABRESER, HEIMANN, BERNSTEIN, LLP

DATED: _____      BY: _____
Nimish R. Desai
Counsel for John Blohm

JOINT STIPULATION OF DISMISSAL BY THE UNITED
STATES, CALIFORNIA, NEVADA, AND RELATOR;

**STATE OF CALIFORNIA**

KAMALA D. HARRIS
Attorney General for California

DATED: _____   BY: _____
Jennifer S. Gregory
Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder-Abuse
Office of the Attorney General
California Department of Justice

**STATE OF NEVADA**

ADAM PAUL LAXALT
Attorney General

DATED: 10/24/16   BY: _____
MARK KEMBERLING
Nevada State Bar No. 5388
Chief Deputy Attorney General
Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101; P: (702) 486-3420
MKemberling@ag.nv.gov

**JOHN BLOHM - RELATOR**

LIEFF, CABRASER, HEIMANN, BERNSTEIN, LLP

DATED: 10/21/16   BY: _____
Nimish R. Desai
Counsel for John Blohm

JOINT STIPULATION OF DISMISSAL BY THE UNITED
STATES, CALIFORNIA, NEVADA, AND RELATOR;

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on  10/26 , 2016, she served a copy of:

JOINT STIPULATION OF DISMISSAL BY THE UNITED STATES, CALIFORNIA, NEVADA, AND RELATOR; UNITED STATES' CONSENT TO DISMISSAL

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

**Addressee(s):**

Nimish R Desai
Robert J. Nelson
LIEFF CABRASER HEIMANN & BERNSTEIN. LLP
275 Battery Street, 29th Floor
San Francisco, CA 941 11-3339

**Via email to the persons listed hereafter:**

Steve Sidhu
ssidhu@ag.nv.gov

Jennifer Gregory
Jennifer.Gregory@doj.ca.gov

/s/ Kimberly Siegfried
KIMBERLY SIEGFRIED

JOINT STIPULATION OF DISMISSAL BY THE UNITED STATES, CALIFORNIA, NEVADA, AND RELATOR; UNITED STATES' CONSENT TO DISMISSAL

4