PHILLIP A. TALBERT
Acting United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOHN ROE,<br><br>  Plaintiff,<br><br>  vs.<br><br>ORTHOPEDIC ASSOCIATES OF NORTHERN CALIFORNIA, A MEDICALGROUP; RENO ORTHOPEDIC CLINIC, DR. CHRISTENSEN; SAN BERNARDINO MEDICAL ORTHOPAEDIC GROUP, INC.; MICHAEL T. KELLER, M.D., INC. d/b/a SAN DIEGO ARTHRITIS MEDICAL CLINIC; and DOES 1-20,<br><br>  Defendants. | 2:14-CV-0917 TLN DB<br><br>ORDER ON JOINT STIPULATION OF DISMISSAL |

Upon consideration of the Joint Stipulation of Dismissal filed by the United States, California, Nevada, and relator, named in this action as John Roe, ("Relator"), it is hereby ORDERED that

(1) As to the claims stated against defendants Orthopedic Associates of Northern California, a Medical Group; Reno Orthopedic Clinic, Dr. Christensen; and San Bernardino Medical Orthopaedic Group, Inc., ("Settling Defendants") this dismissal is in accordance with the terms of respective settlement agreements with the Settling Defendants, effective

ORDER ON JOINT STIPULATION OF DISMISSAL                                         1

September 23, 2016, ("Agreements"), and is with prejudice as to Relator, with prejudice as to the United States, California, and Nevada with respect to the Covered Conduct as defined in the Agreements, and otherwise without prejudice as to the United States, California, and Nevada.

(2) As to the claims stated against defendant Michael T. Keller, M.D., d/b/a San Diego Arthritis Medical Clinic (SDAMC), the dismissal shall be with prejudice as to Relator and without prejudice as to the United States, California, and Nevada.

IT IS SO ORDERED.

Dated: November 2, 2016

Troy L. Nunley
United States District Judge

ORDER ON JOINT STIPULATION OF DISMISSAL                                                                 2